## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

ANGELA LUIS, A241 738 630,

      Petitioner,

      v.

JOHN E. RIFE, in his official
capacity as acting Philadelphia
Field Office Director for U.S.
Immigration and Customs
Enforcement, et al.,

      Respondents.

CIVIL ACTION NO. 3:26-cv-00834

(SAPORITO, J.)

## ORDER

AND NOW, this __19th__ day of May, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition (Doc. 1) is **GRANTED;**

2. The government shall either provide Luis with an individualized bond hearing **within twenty-one (21) days** after entry of this order or release Luis on her own recognizance, pursuant to 8 U.S.C. § 1226(a);

3. At this individualized bond hearing, the government shall bear the burden of proving by clear and convincing evidence that the petitioner's continued detention is necessary to prevent her from fleeing

or harming the community;

4.    The parties shall file a written notice of the outcome of this individualized bond determination by an immigration judge **within seven (7) days** after the date of the hearing; and

5.    The clerk is directed to mark this case as **CLOSED**.

JOSEPH F. SAPORITO, JR.
United States District Judge